UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause Number: 2:23-CV-177-PPS-JPK |
| | ) | |
| LNH, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, Joe Hand promotions Inc, filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) stating the parties have reached a settlement in this case. [DE 8.] Defendants have not yet filed an answer, motion to dismiss, or motion for summary judgment in this matter.

As the Notice of Voluntary Dismissal [DE 8] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and this cause of action is **DISMISSED WITH PREJUDICE** against all defendants. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: August 30, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**